# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JESSIE BUCHANAN**
**ADC #099656**                                                                                   **PLAINTIFF**

**v.**           **Case No. 2:17-cv-00216-KGB/JJV**

**WENDY KELLEY, Director**
**Arkansas Department of Correction,** *et al.*                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and this Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Jessie Buchanan's claims in his complaint are dismissed consistent with the terms of this Court's Orders.

So adjudged this the 10th day of February, 2020.

                                                                   _____
                                                                   Kristine G. Baker
                                                                   United States District Judge